**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

BARBARA KEECH                                                                               PLAINTIFF

vs.                                                              CIVIL ACTION NO. 4:11-CV-62 HTW-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, the written objection to the proposed findings and recommendation, and defendant's response to plaintiff's objection.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

SO ORDERED, this the 29TH day of August, 2012.


/s/ HENRY T. WINGATE
**UNITED STATES DISTRICT JUDGE**